## STATE v. MORGANHERRING

No. 340A95

Case below: Wake County Superior Court

Application by defendant (Morganherring) for writ of habeas corpus dismissed as moot 15 October 1997.

## STATE v. MORROW

No. 526P97

Case below: 127 N.C.App. 558

Petition by defendant (Morrow) for discretionary review pursuant to G.S. 7A-31 denied 4 December 1997.

## STATE v. NOBLE

No. 99P97

Case below: 126 N.C.App. 222

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 November 1997.

## STATE v. RUFF

No. 550PA97

Case below: 127 N.C.App. 575

Petition by Attorney General for writ of supersedeas allowed 4 December 1997. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 4 December 1997. Motion by Attorney General for temporary stay dismissed 4 December 1997.

## STATE v. SADLER

No. 481P97

Case below: 126 N.C.App. 832

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 November 1997.